| | |
|---|---|
| 1 | Michele Ballard Miller (SBN 104198) |
| 2 | Mary L. Guilfoyle (SBN 143308) |
|   | Lindsey A. Urbina (SBN 179105) |
| 3 | MILLER LAW GROUP |
|   | A Professional Corporation |
| 4 | 60 E. Sir Francis Drake Blvd., Ste. 302 |
|   | Larkspur, CA 94939 |
| 5 | Tel. (415) 464-4300 |
|   | Fax (415) 464-4336 |

Attorneys for Defendant
PEPSI BOTTLING GROUP, INC.

Melanie D. Popper (SBN 236279)
LAW OFFICE OF MELANIE D. POPPER
2034 Blake Street, Suite 8
Berkeley, CA  94704
Tel. (510) 665-4195
Fax: (510) 665-4197

Attorney for Plaintiff
MARION E. BROWER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. BROWER, | Case No.:  C 06-02614 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EARLY NEUTRAL EVALUATION** |
| PEPSI BOTTLING GROUP, INC., a corporation, and Does 1 through 20, | Complaint filed:  March 29, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MARION E. BROWER and Defendant PEPSI BOTTLING GROUP, through their counsel of record, that the date in this action for completion of the Early Neutral Evaluation shall be continued to

1

1 | October 12, 2006.  Good cause exists for this Stipulation and Order for the following
2 | reasons:
3 |
4 |     1) All parties and Early Neutral Evaluator Alice Beasley agreed during a telephone
5 | conference on August 3, 2006 that the ENE date most convenient for all participants is
6 | <u>October 11, 2006 at 3:00pm</u> in the office of Alice Beasley.
7 |
8 | Dated:  August 17, 2006      MILLER LAW GROUP
    A Professional Corporation

By: __/s/_____
    Michele Ballard Miller
    Mary L. Guilfoyle
    Lindsey A. Urbina
    Attorneys for Defendant PEPSI
    BOTTLING GROUP, INC.

Dated:  August 3, 2006      LAW OFFICE OF MELANIE D. POPPER

By: __/s/_____
    Melanie D. Popper
    Attorneys for Plaintiff MARION
    BROWER

**PROPOSED ORDER**

The parties are ordered to comply with the following date:

    a.    The parties have stipulated to Early Neutral Evaluation through the Court's ADR Program, which is to be completed before October 12, 2006.

IT IS SO ORDERED.

Dated: August 18, 2006

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY