Michele Ballard Miller (SBN 104198)
Mary L. Guilfoyle (SBN 143308)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
PEPSI BOTTLING GROUP, INC.

Melanie D. Popper (SBN 236279)
THE REVELATION LAW FIRM
2034 Blake Street, Suite 8
Berkeley, CA 94704
Tel. (510) 665-4195
Fax: (510) 665-4197

Attorney for Plaintiff
MARION E. BROWER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. BROWER,<br><br>      Plaintiff,<br><br>v.<br><br>PEPSI BOTTLING GROUP, INC., a corporation, and Does 1 through 20,<br><br>      Defendants. | Case No.: C 06-02614 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EARLY NEUTRAL EVALUATION**<br><br>Complaint filed: March 29, 2006 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MARION E. BROWER and Defendant PEPSI BOTTLING GROUP, through their counsel of record, that the date in this action for completion of the Early Neutral Evaluation shall be continued to October 24, 2006. Good cause exists for this Stipulation and Order for the following reasons:

1. All parties and Early Neutral Evaluator Alice Beasley agreed to reschedule the date of the ENE from October 11, 2006 to October 23, 2006 due to the passing away of an immediate family member of Defendant's trial counsel, Mary L. Guilfoyle.

Dated: October 10, 2006

MILLER LAW GROUP
A Professional Corporation

By: ___/S/_____
Michele Ballard Miller
Mary L. Guilfoyle
Attorneys for Defendant PEPSI BOTTLING GROUP, INC.

Dated: October 11, 2006

THE REVELATION LAW FIRM

By: _/S/_____
Melanie D. Popper
Attorneys for Plaintiff MARION BROWER

**P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**

The parties are ordered to comply with the following date:

a. The parties have stipulated to Early Neutral Evaluation through the Court's ADR Program, which is to be completed before October 24, 2006.

IT IS SO ORDERED.

Dated: __October 11, 2006__                              _/s/ Maxine M. Chesney_____
                                                          HON. MAXINE M. CHESNEY