IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. BROWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEPSI BOTTLING GROUP, INC.,et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　／ | No. C-06-2614 MMC ENE<br><br>**ORDER ADVANCING STATUS CONFERENCE** |

　　In light of the parties' having informed the Court that they have reached a tentative settlement, the status conference is hereby ADVANCED from June 29, 2007 to January 12, 2007.  A joint status conference shall be filed no later than January 5, 2007.

　　**IT IS SO ORDERED.**

Dated: October 27, 2006

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge