Melanie D. Popper (SBN 236279)
THE REVELATION LAW FIRM
2034 Blake Street, Suite 8
Berkeley, CA 94704
Tel. (510) 665-4195
Fax: (510) 665-4197
mdp@revelationlaw.com

Attorney for Plaintiff
MARION E. BROWER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. BROWER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEPSI BOTTLING GROUP, INC., a corporation, and Does 1 through 20,<br><br>　　　　Defendants. | Case No.: C 06-02614 MMC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL<br><br><br><br>Complaint filed: March 29, 2006 |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41, Plaintiff requests a voluntary dismissal the above-captioned action.

Dated: MARCH 13, 2007                    THE REVELATION LAW FIRM


                                         By: /S/  _____
                                              Melanie D. Popper
                                              Attorneys for Plaintiff MARION BROWER

1 **~~PROPOSED~~ ORDER**

2   a.   The case of Brower v. Pepsi Bottling Group, C 06-02614 MMC is
3 dismissed with prejudice.

5   IT IS SO ORDERED.

8 Dated: March 16, 2007                              *[signature]*
9                                                   HON. MAXINE M. CHESNEY